**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**


**GEORGE MAY,**

     **Plaintiff,**

**vs.**                         **CASE NO. 1:05CV185-MMP/AK**

**STATE OF FLORIDA, et al,**

     **Defendants.**

_____/


**REPORT AND RECOMMENDATION**

     Plaintiff has been found by numerous courts, particularly the United States Court

of Appeals for the Eleventh Circuit, to be a vexatious litigant within the meaning of Fla.

Stat. Ann. § 68.093,[1] and certain pre-filing requirements have been imposed upon him.

See May v. Maass, 2005 Lexis 20695.  (Doc. 17, Exhibits).  At issue before the

Eleventh Circuit were orders from the United States District Court for the Southern

District of Florida, wherein Plaintiff was directed to post a $1500 contempt bond, as well

_____

     [1] A vexatious litigant is one who "in the immediately preceding 5-year period, has commenced, prosecuted, or maintained, pro se, five or more civil actions in any court in this state...which actions have been finally and adversely determined against such person or entity...."  The Eleventh Circuit noted that Plaintiff had filed at least forty suits in the Southern District of Florida since 1991.

as a copy of the order with each complaint he attempted to file in **any federal district court**.  (Emphasis added).  Another order referred to by the Eleventh Circuit directed that Plaintiff must seek leave of court prior to filing suit and instructed the Clerk of Court not to accept any complaint for filing unless Plaintiff proved that such leave had been obtained.

Contrary to these clear directives Plaintiff has not obtained leave of court nor has he offered a contempt bond for this lawsuit.  The undersigned has also this date submitted a Report and Recommendation in an earlier filed lawsuit, <u>May v. Mcrae</u>, Case No. 1:05CV6-MMP/AK, that sanctions be levied against Plaintiff for the costs incurred by the Defendants in that cause because he did not comply with the pre-filing requirements established for him by the Eleventh Circuit.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint be **DISMISSED** for failure to comply with previous orders of the Eleventh Circuit as set forth in <u>May v. Maass</u>, 2005 Lexis 20695.

**IN CHAMBERS** at Gainesville, Florida, this  __16th__ day of May, 2006.

**s/ A. KORNBLUM**  _____
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**<u>NOTICE TO THE PARTIES</u>**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

**No. 1:05cv185-MMP/AK**